**Fill in this information to identify the case:**

Debtor 1 <u>Jose L Bahena</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the <u>Northern District Of Illinois</u>

Case number <u>19-30768</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change        12/15

If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CSMC 2018-RPL1 Trust

**Court claim no.** (if known): <u>2-2</u>

**Last four digits** of any number you use to identify the debtor's account:  2648

**Date of payment change:** <u>09/01/2022</u>
Must be at least 21 days after date of this notice

**New total payment:**     $ 900.82
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>556.13</u>      **New escrow payment:** $<u>546.30</u>

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%      **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

---

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

Debtor1 _____ - _____ _____         Case Number (*If known*): _____
         First Name            Middle Name        Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents descr bing the basis for the change, such as a repayment plan or loan modification agreement.  (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**


_____          Date _____
Signature

**Print:** _____          Title  Attorney for Creditor
         First Name    Middle Name    Last Name

Company: Johnson, Blumberg, & Associates, LLC

Address  230 W. Monroe Street, Suite 1125
         Number            Street

         Chicago, Illinois 60606
            City       State     Zip Code

Contact phone: 312-541-9710                    Contact Email:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Jose L Bahena

Debtor

Bankruptcy No. 19-30768
Judge Carol A. Doyle
Chapter: 13

## CERTIFICATE OF SERVICE

TO: Jose L Bahena, 10033 Nevada Ave., Franklin Park, IL 60131
Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603
Arthur Corbin, Corbin Law Firm, LLC, 636 S. River Rd., Suite 201, Des Plaines, IL 60016
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

I, Josephine J. Miceli an attorney, certify that I served the attached Notice of Mortgage of Payment Change by mailing a copy to the Debtor named above at the addresses listed above and by depositing the same in the U.S. Mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on June 21, 2022. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC 6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE